UNITED STATES of America, Plaintiff–Appellee,

v.

Matthew DAVIS, Defendant–Appellant.

No. 14–6751.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

Matthew Davis, Appellant Pro Se. Clifton Thomas Barrett, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Davis appeals the district court's order denying his motion for reconsideration of its order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction.* We have reviewed the record and find no reversible error.

§ 3582(c)(2) motion, the reduction granted by

We therefore affirm for the reasons stated by the district court. *See United States v. Davis,* No. 6:95–cr–00284–JAB–1 (M.D.N.C. Apr. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED.*

the court did not reduce Davis' sentence to the full extent he requested.